STUART T. BARASCH, ESQ.
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX 79996
Telephone: (213) 621-7622
Facsimile: (213) 621-2536
Email: Stuartbarasch@gmail.com

Attorney for Plaintiff, Daniel Escano

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

DANIEL ESCANO,

                Plaintiff,    CASE NO.: 2:22-CV-06273-DSF-DFM

   -v-

COMMISSIONER OF SOCIAL SECURITY,

              Defendant.

**ORDER AWARDING ATTORNEY'S FEES
PURSUANT TO THE EQUAL ACCESS TO
JUSTICE ACT, <u>28 U.S.C. § 2412</u> (d)**

    Before the Court is a Motion for Attorney's Fees pursuant to the Equal Access to Justice Act, <u>28 U.S.C. § 2412(d)</u>. Based on the pleadings as well as the position of defendant commissioner, and recognizing Plaintiff's waiver of direct payment and assignment of EAJA to his counsel,

1

IT IS HEREBY ORDERED that **attorney fees and expenses** in the amount of One Thousand Two Hundred Eighty-Eight Dollars and Fifty-Seven Cents ($1,288.57) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs may be made payable to Plaintiff's Attorneys Of Counsel firm,

**Olinsky Law Group** EIN 26-2258247

Any payment of costs may be made either by electronic transfer fund (EFT) or by check.

Whether the check is made payable to Plaintiff or to Olinsky Law Group, **the check shall be mailed to the following address:**

**Olinsky Law Group**
**250 S Clinton St Ste 210**
**Syracuse NY 13202**

Dated: August 11, 2023

_____
Douglas F. McCormick
United States Magistrate Judge